**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THERESA B. FOX,** | Case No. 1:16-cv-05715 |
| Plaintiff, | Hon. James B. Zagel |
| v. | Mag. Judge Sheila Finnegan |
| **SETERUS, INC.,** | |
| Defendant. | |

### STIPULATION TO DISMISS *WITH PREJUDICE*

Plaintiff Theresa B. Fox and Defendant Seterus, Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), by and through counsel, hereby stipulate to the dismissal of this action, *with prejudice*. Each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Rusty A. Payton* | */s/ Gregg M. Barbakoff* |
| Rusty A. Payton | Gregg M. Barbakoff |
| Marc E. Dann | Jeffrey T. Karek |
| PAYTONDANN | MAURICE WUTSCHER LLP |
| 115 S. LaSalle Street, Suite 2600 | 105 W. Madison Street, 18th Floor |
| Chicago, Illinois 60603 | Chicago, Illinois 60602 |
| (312) 702-1000 Phone/Fax | (312) 416-6170 Phone |
| mdann@dannlaw.com | (312) 284-4751 Fax |
| payton@paytondann.com | gbarbakoff@mauricewutscher.com |
| *Counsel for Plaintiff* | jkarek@mauricewutscher.com |
| | *Counsel for Defendant* |